UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Essilor International (Compagnie Generale d'Optique) S.A.; and Essilor Of America, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Indizen Optical Technologies S.L.; Indizen Optical Technologies of America, LLC; Younger Manufacturing Co. d/b/a Younger Optics; Vision Service Plan; VSP Labs, Inc.; and VSP Optical Group, Inc., <br><br> Defendants. | Civil Action No.: 4:13-CV-99-RAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel of record for Essilor International (Compagnie Generale d'Optique) S.A., Essilor Of America, Inc., Indizen Optical Technologies S.L., Indizen Optical Technologies of America, LLC, Younger Manufacturing Co. d/b/a Younger Optics, Vision Service Plan, VSP Labs, Inc., and VSP Optical Group, Inc., that all claims, counterclaims, and affirmative defenses that have been asserted, or that could have been asserted, in this action are dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs.

Dated: November 13, 2013            Respectfully submitted,

By: */s/ Martin B. Pavane*
Martin B. Pavane (Lead Attorney)
N.Y. State Bar Registration No. 1528819
Marilyn Neiman, admitted *pro hac vice*
N.Y. State Bar Registration No. 1658012
Darren S. Mogil, admitted *pro hac vice*
N.Y. State Bar Registration No. 4021051

17653808.1

Cozen O'Connor
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Facsimile: (212) 986-0604
mpavane@cozen.com
mneiman@cozen.com
dmogil@cozen.com

Kendall Hayden
State Bar No. 24046197
Cozen O'Connor
1717 Main Street
Suite 3400
Dallas, TX 75201
Telephone: (214) 462-3072
Facsimile: (214) 278-0329
khayden@cozen.com

William E. Davis, III
Texas State Bar No. 24047416
The Davis Firm PC
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

Attorneys for Plaintiffs
ESSILOR INTERNATIONAL (COMPAGNIE
GENERALE D'OPTIQUE) S.A. and
ESSILOR OF AMERICA, INC.

Respectfully submitted,

By: */s/ Victor M. Felix*
Anthony J. Dain (Lead Attorney)
California Bar No. 98947
Victor M. Felix
California Bar No. 179622
Procopio, Cory, Hargreaves & Savitch LLP
525 B. Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
anthony.dain@procopio.com
victor.felix@propcopio.com

David H. Dicker, Esq.
California Bar No. 180182
Dicker & Dicker
21550 Oxnard Street, Suite 550
Woodland Hills, California 91367-7121
Telephone: (818) 704-1000
Facsimile: (818) 704-8000
dhd@dickerlaw.com

Clyde Siebman, Texas Bar
No. 18341600
Stephanie R. Barnes, Texas Bar
No. 24045696
Siebman Reynolds Burg & Phillips LLP
4949 Hedgcoxe Road, Suite 230
Plano, Texas 75024
Telephone: (214) 387-9100
Facsimile: (214) 38709125
clydesiebman@siebman.com
stephaniebarnes@siebman.com

Attorneys for Defendants
VISION SERVICE PLAN; VSP LABS, INC.;
VSP OPTICAL GROUP, INC.; INDIZEN
OPTICAL TECHNOLOGIES, S.L.; INDIZEN
OPTICAL TECHNOLOGIES OF AMERICA,
LLC; and YOUNGER MFG. CO., D/B/A/
YOUNGER OPTICS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of November, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*By: /s/ Darren Mogil*
Cozen O'Connor
